No. 96–6548. MILAM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6553. EDWARDS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–6555. McCREE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–6556. ARGENTO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6563. BROWN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6565. DAVIDSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6566. MARIN-MONTOYA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6599. LABARCK ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6623. ROACH v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 96–516. R. R. DONNELLEY & SONS CO. v. FUCHS, EXECUTIVE DIRECTOR, FLORIDA DEPARTMENT OF REVENUE, ET AL. Dist. Ct. App. Fla., 1st Dist. Motions of Newspaper Association of America and Printing Industries of America et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 96–534. ANCHONDO ET AL. v. CYPRUS MINERALS CO. ET AL. Ct. App. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 96–545. SMITH v. REGIONAL TRANSPORTATION DISTRICT ET AL. C. A. 10th Cir. Motion of respondents for award of damages and double costs denied. Certiorari denied.